McCARTHY & HOLTHUS, LLP
ATTORNEYS AT LAW
1770 FOURTH AVENUE
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 685-4800 FACSIMILE (619) 685-4810

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

KEITH O. HEDMAN; and ADRIALYN V. HEDMAN,

Plaintiffs,

v.

AURORA LOAN SERVICES; QUALITY LOAN SERVICES; CMG MORTGAGE INC. (CMG); and DOES 1-100,

Defendants.

Case No.  2:10-CV-01229-MCE-KJN

**ORDER GRANTING REQUEST TO APPEAR TELEPHONICALLY AT DEFENDANTS; MOTION TO DISMISS ON SEPTEMBER 16, 2010**

Date: September 16, 2010
Time: 2:00 p.m.
Ctrm:  7
Judge: Hon. Morrison C. England

Having read and considered Defendants Aurora Loan Services LLC's and Quality Loan Service Corporation's request to appear telephonically, and good cause appearing, the  Court hereby grants Defendants' request to appear telephonically at the hearing on Defendants' Motion to Dismiss scheduled for September 16, 2010 at 2:00 p.m.  The Court will call Counsel for Defendants' at (619) 955-1604 at the time scheduled for the hearing.

IT IS SO ORDERED.

Dated: September 14, 2010

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1

ORDER GRANTING  REQUEST TO APPEAR TELEPHONICALLY

PDF created with pdfFactory trial version www.pdffactory.com